Brandon R. McKelvey (SBN 217002)
Email: brandon@medinamckelvey.com
Timothy B. Nelson (SBN 235279)
Email: tim@medinamckelvey.com
Kyle W. Owen (SBN 326335)
Email: kyle@medinamckelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile:  (916) 742-5488

Attorneys for Defendant OUT OF BOUNDS
BREWING COMPANY, LLC

**CLAYEO C. ARNOLD, APC**
Clayeo C. Arnold (SBN 65070)
Joshua H. Watson (SBN 238058)
865 Howe Avenue
Sacramento, CA 95825
Telephone: 916-777-7777
Facsimile: 916-924-1829
jwatson@justice4you.com

Attorneys for Plaintiff ANNA
SVANYUTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANNA SVANYUTA,<br><br>              Plaintiff,<br>v.<br><br>OUT OF BOUNDS BREWING COMPANY, LLC,<br><br>              Defendant. | CASE NO.: 2:21-cv-00695-WBS-CKD<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Action Filed:     April 17, 2021<br>Trial:            Not Yet Set |
|---|---|



# **ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Continue Defendant's Responsive Pleading Deadline, orders as follows:

The Parties' Joint Stipulation to Continue Defendant's Responsive Pleading Deadline is GRANTED.  Defendant's deadline to file a responsive pleading is now August 16, 2021.

Furthermore, the August 2, 2021 Status (Pretrial Scheduling) Conference is continued to **September 13, 2021 at 1:30 p.m**.   A joint status report shall be filed no later than August 30, 2021.

**IT IS SO ORDERED.**

Dated:  June 15, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

