Timothy B. Nelson (SBN 235279)
Email: tim@medinamckelvey.com
Kyle W. Owen (SBN 326335)
Email: kyle@medinamckelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile:  (916) 742-5488

Attorneys for Defendant OUT OF BOUNDS
BREWING COMPANY, LLC

**CLAYEO C. ARNOLD, APC**
Clayeo C. Arnold (SBN 65070)
Joshua H. Watson (SBN 238058)
865 Howe Avenue
Sacramento, CA 95825
Telephone: 916-777-7777
Facsimile: 916-924-1829
jwatson@justice4you.com

Attorneys for Plaintiff ANNA
SVANYUTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA SVANYUTA,<br><br>            Plaintiff,<br>v.<br><br>OUT OF BOUNDS BREWING COMPANY,<br>LLC,<br><br>            Defendant. | CASE NO.: 2:21-cv-00695-WBS-CKD<br><br>**ORDER APPROVING JOINT STIPULATION TO FURTHER CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Action Filed:        April 17, 2021<br>Trial:        Not Yet Set |

- 1 -



1

## **ORDER**

2          The Court, having reviewed the Parties' Joint Stipulation to Further Continue Defendant's

3  Responsive Pleading Deadline, orders as follows:

4          The Parties' Joint Stipulation to Further Continue Defendant's Responsive Pleading

5  Deadline is GRANTED.  Defendant's deadline to file a responsive pleading is now September 27,

6  2021.

7          Furthermore, the September 13, 2021 Status (Pretrial Scheduling) Conference is continued

8  to **November 8, 2021 at 1:30 p.m.**  A joint status report shall be filed no later than **October 25,**

9  **2021.**  All other dates associated with the Status (Pretrial Scheduling) Conference are continued

10  accordingly.

11          **IT IS SO ORDERED.**

12  **Dated:  August 16, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

