Timothy B. Nelson (SBN 235279)
Email: tim@medinamckelvey.com
Kyle W. Owen (SBN 326335)
Email: kyle@medinamckelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile:  (916) 742-5488

Attorneys for Defendant OUT OF BOUNDS
BREWING COMPANY, LLC

CLAYEO C. ARNOLD, APC
Clayeo C. Arnold (SBN 65070)
Joshua H. Watson (SBN 238058)
865 Howe Avenue
Sacramento, California 95825
Telephone: 916-777-7777
Facsimile:  916-924-1829
jwatson@justice4you.com

Attorneys for Plaintiff ANNA SVANYUTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA SVANYUTA,<br><br>　　　　　Plaintiff,<br>v.<br><br>OUT OF BOUNDS BREWING COMPANY, LLC,<br><br>　　　　　Defendants. | CASE NO.: 2:21-cv-00695-WBS-CKD<br><br>**ORDER APPROVING JOINT STIPULATION TO VACATE SCHEDULING CONFERENCE**<br><br>Date:　November 8, 2021<br>Time:　1:30pm<br><br>Action Filed:　　　April 17, 2021<br>Trial:　　　　　　Not Yet Set |



# **ORDER**

Pursuant to the parties' Notice of Settlement and Stipulation to Vacate Scheduling Conference (Docket No. 9), the court hereby vacates the initial scheduling conference currently scheduled for November 8, 2021. The parties shall file their disposition documents no later than November 23, 2021, or a Joint Status Report by that date if settlement has not been finalized. The Scheduling Conference is reset for December 6, 2021 at 01:30 PM before Senior Judge William B. Shubb pending the filing of a stipulated dismissal.

**IT IS SO ORDERED.**

**Dated: September 23, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE