Clayeo C. Arnold, SBN 65070
Joshua H. Watson, SBN 238058
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff
*Anna Svanyuta*

Timothy B. Nelson (SBN 235279)
Email: tim@medinamckelvey.com
Kyle W. Owen (SBN 326335)
Email: kyle@medinamckelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile:  (916) 742-5488

Attorneys for Defendant OUT OF BOUNDS
BREWING COMPANY, LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA SVANYUTA<br><br>      Plaintiff,<br>vs.<br><br>OUT OF BOUNDS BREWING COMPANY, LLC,<br><br>      Defendants. | Case No.: 2:21-cv-00695-WBS-CKD<br><br>ORDER ON STIPULATED REQUEST TO DISMISS PURSUANT TO RULE 41 |

1

ORDER ON STIPULATED REQUEST TO DISMISS PURSUANT TO RULE 41

    The Court, having reviewed the parties' stipulated request to dismiss this action pursuant to Rule 41, hereby grants the stipulated request to dismiss.

    Count 1 (Fair Labor Standards Act) and Count 2 (California Labor Code 2698 PAGA Claim) of the operative complaint are dismissed without prejudice to the degree they reflect representative actions.

    All other claims, including plaintiff's individual claims in Count 1, are dismissed with prejudice.

    No settlement funds are apportioned to Count 1 or Count 2 pursuant the stipulated to representations of counsel that these claims lack merit.

    IT IS SO ORDERED.

Dated:  November 24, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE